IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION KING,<br><br>    Plaintiff,<br><br>  vs.<br><br>K. MENDOZA-POWERS, et al.,<br><br>    Defendants. | 1:05-CV-0766 AWI SMS P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 13, 2005, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee.  On July 22, 2005, plaintiff submitted an application to proceed in forma pauperis.  However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.

See 28 U.S.C. § 1915.  Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     August 5, 2005**                                   **/s/ Sandra M. Snyder**
i0d3h8                                                                  UNITED STATES MAGISTRATE JUDGE